26cr 50 SRN/EMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SILK LAMOND DAVIS,<br><br>    Defendant. | **INDICTMENT**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 853 |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about June 18, 2025, in the State and District of Minnesota, the defendant,

**SILK LAMOND DAVIS**,

did unlawfully, knowingly, and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, both controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B).



SCANNED
FEB 18 2026
U.S. DISTRICT COURT MPLS

*United States v. Silk Lamond Davis*

## NOTICE OF PRIOR CONVICTION

Before committing the offense charged in Count 1 of this Indictment, the defendant SILK LAMOND DAVIS was convicted of Second Degree Murder, a serious violent felony which had become final for which he served more than 12 months of imprisonment and for which he was released from imprisonment within 15 years of his commencement of Count 1. *See State of Minnesota v. Mark Anthony Davis*, 27-CR-93-076202. As a result of that conviction, defendant SILK LAMOND DAVIS is subject to increased punishment under 21 U.S.C. § 851.

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

*United States v. Silk Lamond Davis*

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY          FOREPERSON