UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-50 (SRN/EMB)

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )          **ORDER**
                                )
SILK LAMOND DAVIS,              )
                                )
            Defendant.          )

This matter is before the Court on the Government's Motion to Unseal the Indictment in this case.  NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: February 25, 2026          *s/John F. Docherty*
                                  JOHN F. DOCHERTY
                                  United States Magistrate Judge